UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Save Jobs USA,<br><br>   *Plaintiff*,<br><br> v.<br><br>U.S. Department of Homeland Security,<br><br>   *Defendant,*<br><br> and<br><br>Anujkumar Dhamija, *et al.*<br><br>   *Intervenors-*<br>   *Defendants*. | Civil Action No. 15-cv-615 |

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE BRIEF OF LEADING COMPANIES AND BUSINESS ASSOCIATIONS AS *AMICI CURIAE* IN SUPPORT OF DEFENDANT**

 Having considered the consent motion of leading companies and business associations for leave to file a brief as *amici curiae*, the Court hereby **GRANTS** proposed *amici*'s motion. The Clerk is directed to file the brief attached to *amici*'s motion

 **IT IS SO ORDERED.**

Dated: _____

                             HON. TANYA S. CHUTKAN
                             United States District Judge