CO-386
10/2018

# United States District Court
# For the District of Columbia

Save Jobs USA )
)
)
)
Plaintiff )
vs )   Civil Action No. __15-cv-615_____
)
U.S. Department of Homeland Security )
)
Defendant )
Anujkumar Dhamija, et al.
Intervenors-Defendants.

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Leading Companies and Business Associations__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Leading Companies and Business Associations__ which have any outstanding securities in the hands of the public:

See addendum.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Paul W. Hughes
_____
Signature

D.C. Bar No. 997235                Paul W. Hughes
_____   _____
BAR IDENTIFICATION NO.             Print Name

500 North Capitol Street NW
_____
Address

Washington      DC         20001
_____
City            State      Zip Code

(202) 756-8981
_____
Phone Number

**Addendum: Corporate Disclosure Statements**

Accenture has no parent companies, and no publicly traded company owns 10% or more of its stock.

Adobe Inc. has no parent companies, and no publicly traded company owns 10% or more of its stock.

Amazon.com, Inc. has no parent companies, and no publicly traded company owns 10% or more of its stock.

Apple Inc. has no parent companies, and no publicly traded company owns 10% or more of its stock.

Argo AI LLC has no parent companies, and Ford Motor Company and Volkswagen Group indirectly own more than 10% of its stock.

BSA | The Software Alliance has no parent companies, and no publicly traded company owns 10% or more of its stock.

Business Roundtable has no parent companies, and no publicly traded company owns 10% or more of its stock.

CGI Inc. has no parent companies, and no publicly traded company owns 10% or more of its stock.

Chamber of Commerce of the United States of America has no parent companies, and no publicly traded company owns 10% or more of its stock.

Cisco Systems, Inc. has no parent companies, and no publicly traded company owns 10% or more of its stock.

Citrix Systems, Inc. has no parent companies, and The Vanguard Group, Inc. and BlackRock, Inc. own more than 10% of its stock.

CollectiveHealth Inc. has no parent companies, and no publicly traded company owns 10% or more of its stock.

Compete America Coalition has no parent companies, and no publicly traded company owns 10% or more of its stock.

Consumer Technology Association has no parent companies, and no publicly traded company owns 10% or more of its stock.

Cummins Inc. has no parent companies, and no publicly traded company owns 10% or more of its stock.

eBay Inc. has no parent companies, and no publicly-traded company owns 10% or more of its stock.

Electronic Arts Inc. has no parent companies, and no publicly traded company owns 10% or more of its stock.

FWD.us has no parent companies, and no publicly traded company owns 10% or more of its stock.

Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company, and no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Hewlett Packard Enterprise has no parent companies, and no publicly traded company owns 10% or more of its stock.

Howard Hughes Medical Institute has no parent companies, and no publicly traded company owns 10% or more of its stock.

HP Inc. has no parent companies, and no publicly traded company owns 10% or more of its stock.

IBM Corporation has no parent companies, and no publicly traded company owns 10% or more of its stock.

Information Technology Industry Council has no parent companies, and no publicly traded company owns 10% or more of its stock.

Intel Corporation has no parent companies, and no publicly traded company owns 10% or more of its stock.

Lenovo (United States) Inc. is a subsidiary of Lenovo Group Limited, and Legend Holdings Corporation owns 10% or more of its stock.

Microsoft Corporation has no parent companies, and no publicly traded company owns 10% or more of its stock.

National Association of Manufacturers has no parent companies, and no publicly traded company owns 10% or more of its stock.

Partnership for a New American Economy Action Fund has no parent companies, and no publicly traded company owns 10% or more of its stock.

PayPal is a subsidiary of PayPal Holdings, Inc., and no publicly traded company owns 10% or more of its stock.

Pinterest Inc. has no parent companies, and no publicly traded company owns 10% or more of its stock.

Reddit, Inc. has no parent companies, and no publicly traded company owns 10% or more of its stock.

salesforce.com, inc. has no parent companies, and no publicly traded company owns 10% or more of its stock.

SAP is a subsidiary of SAP SE, and no publicly traded company owns 10% or more of its stock.

Society for Human Resource Management has no parent companies, and no publicly traded company owns 10% or more of its stock.

Square, Inc. is a subsidiary of Square, Inc., and no publicly traded company owns 10% or more of its stock.

StubHub, Inc. has no parent companies, and no publicly traded company owns 10% or more of its stock.

TechNet has no parent companies, and no publicly traded company owns 10% or more of its stock.

Twitter, Inc. has no parent companies, and no publicly traded company owns 10% or more of its stock.

Waymo LLC is a subsidiary of Alphabet Inc., and Waymo Holding Inc. owns 10% or more of its stock.

Worldwide ERC® has no parent companies, and no publicly traded company owns 10% or more of its stock.