AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Save Jobs USA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 15-cv-615 |
| U.S. Department of Homeland Security | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Leading Companies and Business Associations as Amici Curiae.

Date: 05/14/2021

/s/ Paul W. Hughes
*Attorney's signature*

Paul W. Hughes, D.C. Bar No. 997235
*Printed name and bar number*

McDermott Will & Emery LLP
500 North Capitol Street NW
Washington DC, 20001

*Address*

phughes@mwe.com
*E-mail address*

(202) 756-8981
*Telephone number*

(202) 591-2784
*FAX number*