In the
**United States District Court**
for the
**District of Columbia**

| | |
|---|---|
| Save Jobs USA<br><br>*Plaintiff,*<br><br>*v.*<br><br>U.S. Dep't of Homeland Security<br><br>*Defendant*<br><br>*and*<br><br>Anujkumar Dhamija, *et al.*<br><br>*Intervenors.* | Civil Action No. 1:15-cv-00615 (TSC) |

**Plaintiff's Notice of Supplemental Authority**

Plaintiff, Save Jobs USA, submits this notice of supplementary authority in its motion for Summary Judgment. *Cf.* Fed. R. App. Pro. 28(j).

On June 30, 2022 the United States Supreme Court released its opinion in *West Virginia v. EPA*, slip op., 597 U.S. \_\_\_\_ (2022). In *West Virginia*, the Court affirmed the major questions doctrine. *Id.* at 16–19. Under the major questions doctrine, Congress must make a "clear statement" in order for an agency to regulate a fundamental sector of the economy. *Id.* at 12; *see also* Gorsuch, J. (concurring) at 9–11 (identifying circumstance where the Court applies the major questions doctrine). Applying the major questions doctrine, the Court rejected the EPA's claim of vast authority flowing from an "ancillary" provision. *Id.* at 6, 16–19. Justice Gorsuch also noted that the Court routinely adopts narrow interpretations of statutes to avoid finding delegations of power to agencies unconstitutional under the nondelegation doctrine. Gorsuch, J. (concurring) at 7–8.

This case is relevant because Save Jobs USA has argued that a definitional provision (8 U.S.C. § 1324a(h)(3)), limited in scope to its own section, cannot confer on the Department of Homeland Security the vast authority to permit any class of aliens to engage in employment through regulation and allow the agency to create new guestworker programs entirely through regulation. Op. Br. 7–10. The case is also relevant because Save Jobs USA has argued that 8 U.S.C. § 1324a(h)(3) should not be interpreted so

broadly as to make it unconstitutional under the nondelegation doctrine. Op.

Br. 12–15.


Respectfully submitted

July 1, 2022



_____

John M. Miano
D.C. Bar No. 1003068
Attorney of Record for Save Jobs USA
(908) 273-9207
miano@colosseumbuilders.com

2

**Certificate of Service**

I certify that on July 1, 2022 I filed Plaintiff's Notice of Supplemental

Authority with Clerk of the Court using the ECF system that will provide

notice and service to all parties.

John M. Miano
D.C. Bar No. 1003068
Attorney of Record for Save Jobs USA
(908) 273-9207
miano@colosseumbuilders.com

3